IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM HOWELL, | Case No. 2:20-cv-0208 KJN P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| K. MCKELVEY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se, with a civil rights action. Defendants have filed a request to opt out of the post-screening ADR project. Upon review of defendants' request, the undersigned finds good cause to grant defendants' request.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' request to opt out of the settlement conference (ECF No. 18) is granted;

2. The stay of this action is lifted; and

3. Defendants' responsive pleading shall be filed within thirty days from the date of this order.

Dated: January 5, 2021

/howe0208.optout

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE