1

2

3

4

5

6

7

8                                     UNITED STATES DISTRICT COURT

9                                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      KAREEM HOWELL,                                    No.  2:20-cv-0208 KJN P

12                      Plaintiff,

13          v.                                            ORDER

14      K. MCKELVEY, et al.,

15                      Defendants.

16

17              Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed

18      with prejudice.  (ECF No. 21.)

19              Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within seven

20      days, whether they have any objection to the dismissal of this action.  Should defendants fail to

21      respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

22      Dated:  January 28, 2021

23

24      /howe0208.59a                                     KENDALL J. NEWMAN
                                                          UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                                    1